# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Norma Linda Jaimes

Case Number: 1:09CR00557-002-JRN

Name of Sentencing Judicial Officer: Honorable James R. Nowlin, Senior United States District Judge

Date of Original Sentence:   April 8, 2010

Original Offense: Ct. 1:   Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A); and Ct. 2: Possession with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Original Sentence: 120 months custody on each of Counts One and Two, to be served concurrently; followed by 5 years supervised release, on each count to run concurrently

Type of Supervision: Supervised Release               Date Supervision Commenced: June 8, 2018

Assistant U. S. Attorney: Sharon S. Pierce                Defense Attorney:   Thomas C. Fagerberg

---

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

[ X ]   To issue a warrant          [ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime."

**Violation of Standard Condition No. 17:** "If the defendant is excluded, deported or removed upon release on probation or supervised release, the term of supervised release shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office."

Norma Linda Jaimes
Petition for Warrant or Summons for
Offender Under Supervision
Page 2

**Nature of Non-compliance:** On April 8, 2010, Norma Linda Jaimes was sentenced by Senior United States District James R. Nowlin to 120 months custody of the Bureau of Prisons, followed by a five-year term of supervised release, for the offenses of Ct. 1: Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A); and Ct. 2: Possession with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). Said terms were ordered to be served concurrently. Her term of supervised release began on June 8, 2018. On February 8, 2019, the defendant was removed from the United States to Mexico.

In mid-February 2020, the Immigration and Customs Enforcement (ICE) Capital City Fugitive Operations Team (FOT) received information from multiple law enforcement agencies that the defendant, Norma Linda Jaimes, a previously deported alien was residing in the Austin, Texas, area. On September 15, 2020, FOT members began conducting surveillance at 514-A Montopolis Drive, Austin, Texas, the defendant's home address. Agents observed Jaimes exit her residence, enter the passenger side of a vehicle and leave the location. Agents followed the vehicle and performed a traffic stop on the vehicle. When initially asked, the defendant stated her name was Elizabeth Espinoza-Perez and presented a Mexican driver's license bearing the same name. After being questioned regarding her identity, Jaimes admitted that the identification she provided was false and she provided her true name and date of birth. The defendant admitted to being illegally present in the United States without proper immigration documents allowing her to be in or remain in the United States. At the time of her arrest, the defendant was in the United States illegally and had not received the permission of the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. On September 15, 2020, a Criminal Complaint was filed in the Austin Division of the Western District of Texas, under Docket No. 1:20-MJ-00794-SH-1, charging the defendant with Illegal Re-entry into the United States. The defendant remains in the custody of the United States Marshals Service in Austin, Texas. She is represented by Assistant Federal Public Defender Charlotte Anne Herring. It should be noted that the defendant's term of supervised release was due to expire on June 7, 2023.

## U. S. Probation Officer Recommendation:

The term of supervision should be:

[X]   Revoked.

[ ]   Extended for _____ years, for a total term of _____ years.

[ ]   The conditions of supervision should be modified as follows:

| Approved by, | Respectfully submitted, |
|---|---|
| _____ | _____ |
| Russ G. Wiedenmeyer | Cinnamon Ornelas |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Date: September 25, 2020 |

Norma Linda Jaimes
Petition for Warrant or Summons for
Offender Under Supervision
Page 3

Approved by: /s/ Sharon S. Pierce
             Sharon S. Pierce
             Assistant U.S. Attorney

**\*** recommend        ☐ does not recommend        Justification:_____

===============================================================================

## THE COURT ORDERS:

[ ]   No Action

[X]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[ ]   Other

_____
Honorable Susan Hightower
U.S. Magistrate Judge

September 25, 2020
Date